| Attorney or Party Name, Address, Phone & Fax Nos. State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

| In re:<br>Rafael Alfaro<br><br>Vanessa Alfaro<br><br><br>Debtor(s). | CASE NO.: 2:22-bk-16267<br>CHAPTER: Chapter 7<br><br>**DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   During the 60-day period before the Petition Date ( *Check only ONE box below* ):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 11-19-22     Rafael Alfaro     [signature]
                   Printed name of Debtor 1      Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   During the 60-day period before the Petition Date ( *Check only ONE box below* ):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 11-19-22    Vanessa Alfaro    [signature]
                  Printed name of Debtor 2      Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

F 1002-1.EMP.INCOME.DEC

JB Wholesale Roofing and Building Supplies   7440 State Hwy 121 McKinney, TX 75070
Ralph Alfaro   2952 Jojoba Terrace Palmdale, CA 93550

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ralph Alfaro | JB Wholesale Roofing and Building Supplies | 701323 | 10/30/2022 | 11/05/2022 | 11/10/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 45.28 | 2,604.81 | 225.90 | 568.25 | 508.26 | 1,302.40 |
| YTD | 1,875.61 | 78,914.64 | 9,016.48 | 13,542.85 | 2,522.38 | 53,832.93 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bereavement | | | 0 | | 802.08 |
| California Meal Penalty | | | 0 | | 33.42 |
| Commission | | | 0 | | 1,993.21 |
| D&I Floating Holiday | | | 0 | | 267.36 |
| Holiday Pay | | | 0 | | 1,065.52 |
| Inflation Supp Pay | | | 0 | | 200.00 |
| Overtime Pay | 10/30/2022 - 11/05/2022 | 5.276111 | 50.13 | 264.49 | 13,213.48 |
| Paid Sick Leave | | | 0 | | 1,336.80 |
| Regular Pay | 10/30/2022 - 11/05/2022 | 40 | 33.42 | 1,336.80 | 53,873.36 |
| STD (Grossed-up Amount) | 10/30/2022 - 11/05/2022 | 0 | 0 | 3.52 | 130.85 |
| Details Not Displayed | | | | 1,000.00 | 5,998.56 |
| **Earnings** | | | | **2,604.81** | **78,914.64** |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 152.33 | 4,480.18 |
| Medicare | 35.62 | 1,047.76 |
| Federal Withholding | 245.21 | 5,274.61 |
| State Tax - CA | 108.06 | 1,945.41 |
| CA SDI - CASDI | 27.03 | 794.87 |
| **Employee Taxes** | **568.25** | **13,542.85** |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 78.04 | 2,362.78 |
| Dental | 23.05 | 1,037.25 |
| Medical | 121.15 | 5,451.75 |
| Vision | 3.66 | 164.70 |
| **Pre Tax Deductions** | **225.90** | **9,016.48** |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Creditor Garnishment (2022017717 20CHLC20838) | 508.26 | 2,522.38 |
| **Post Tax Deductions** | **508.26** | **2,522.38** |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | 78.04 | 2,362.78 |
| Basic Life - ER | 1.17 | 52.65 |
| Medical ER | 261.23 | 11,755.35 |
| **Employer Paid Benefits** | **340.44** | **14,170.78** |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,456.95 | 72,260.94 |
| Medicare - Taxable Wages | 2,456.95 | 72,260.94 |
| Federal Withholding - Taxable Wages | 2,378.91 | 69,898.16 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Birthday | 0 | 0 | 8 |
| California Sick Time | 0 | 0 | 8 |
| Intermittent FMLA (Unpaid) | 0 | 0 | 0 |
| Time Off COVID-19 | 0 | 0 | 8 |
| Unpaid | 0 | 0 | 0 |
| Vacation | 0 | 0 | 96 |
| Volunteer Time Off | 0 | 0 | 8 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| CHASE | CHASE ******8711 | ******8711 | | 1,302.40 USD |

**JB Wholesale Roofing and Building Supplies**    7440 State Hwy 121 McKinney, TX 75070
Ralph Alfaro    2952 Jojoba Terrace Palmdale, CA 93550

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ralph Alfaro | JB Wholesale Roofing and Building Supplies | 701323 | 10/23/2022 | 10/29/2022 | 11/04/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 44.63 | 1,571.49 | 194.93 | 255.93 | 328.19 | 792.44 |
| YTD | 1,830.33 | 76,309.83 | 8,790.58 | 12,974.60 | 2,014.12 | 52,530.53 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bereavement | | | 0 | | 802.08 |
| California Meal Penalty | | | 0 | | 33.42 |
| Commission | | | 0 | | 1,993.21 |
| D&I Floating Holiday | | | 0 | | 267.36 |
| Holiday Pay | | | 0 | | 1,065.52 |
| Inflation Supp Pay | | | 0 | | 200.00 |
| Overtime Pay | 10/23/2022 - 10/29/2022 | 4.625278 | 50.13 | 231.87 | 12,948.99 |
| Paid Sick Leave | | | 0 | | 1,336.80 |
| Regular Pay | 10/23/2022 - 10/29/2022 | 40 | 33.42 | 1,336.80 | 52,536.56 |
| STD (Grossed-up Amount) | 10/23/2022 - 10/29/2022 | 0 | 0 | 2.82 | 127.33 |
| Details Not Displayed | | | | 0.00 | 4,998.56 |
| Earnings | | | | 1,571.49 | 76,309.83 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 88.27 | 4,327.85 |
| Medicare | 20.64 | 1,012.16 |
| Federal Withholding | 97.51 | 5,029.40 |
| State Tax - CA | 33.85 | 1,837.35 |
| CA SDI - CASDI | 15.66 | 767.84 |
| Employee Taxes | 255.93 | 12,974.60 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 47.07 | 2,284.74 |
| Dental | 23.05 | 1,014.20 |
| Medical | 121.15 | 5,330.60 |
| Vision | 3.66 | 161.04 |
| Pre Tax Deductions | 194.93 | 8,790.58 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Creditor Garnishment (2022017717 20CHLC20838) | 328.19 | 2,014.12 |
| Post Tax Deductions | 328.19 | 2,014.12 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | 47.07 | 2,284.74 |
| Basic Life - ER | 1.17 | 51.48 |
| Medical ER | 261.23 | 11,494.12 |
| Employer Paid Benefits | 309.47 | 13,830.34 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,423.63 | 69,803.99 |
| Medicare - Taxable Wages | 1,423.63 | 69,803.99 |
| Federal Withholding - Taxable Wages | 1,376.56 | 67,519.25 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Birthday | 0 | 0 | 8 |
| California Sick Time | 0 | 0 | 8 |
| Intermittent FMLA (Unpaid) | 0 | 0 | 0 |
| Time Off COVID-19 | 0 | 0 | 8 |
| Unpaid | 0 | 0 | 0 |
| Vacation | 0 | 0 | 96 |
| Volunteer Time Off | 0 | 0 | 8 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| CHASE | CHASE ******8711 | ******8711 | | 792.44  USD |

JB Wholesale Roofing and Building Supplies    7440 State Hwy 121 McKinney, TX 75070
Ralph Alfaro    2952 Jojoba Terrace Palmdale, CA 93550

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ralph Alfaro | JB Wholesale Roofing and Building Supplies | 701323 | 10/16/2022 | 10/22/2022 | 10/28/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 46.37 | 1,658.85 | 197.54 | 278.07 | 344.46 | 838.78 |
| YTD | 1,785.71 | 74,738.34 | 8,595.65 | 12,718.67 | 1,685.93 | 51,738.09 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bereavement | | | 0 | | 802.08 |
| California Meal Penalty | | | 0 | | 33.42 |
| Commission | | | 0 | | 1,993.21 |
| D&I Floating Holiday | | | 0 | | 267.36 |
| Holiday Pay | | | 0 | | 1,065.52 |
| Inflation Supp Pay | | | 0 | | 200.00 |
| Overtime Pay | 10/16/2022 - 10/22/2022 | 6.365834 | 50.13 | 319.12 | 12,717.12 |
| Paid Sick Leave | | | 0 | | 1,336.80 |
| Regular Pay | 10/16/2022 - 10/22/2022 | 40 | 33.42 | 1,336.80 | 51,199.76 |
| STD (Grossed-up Amount) | 10/16/2022 - 10/22/2022 | 0 | 0 | 2.93 | 124.51 |
| Details Not Displayed | | | | 0.00 | -4,998.56 |
| Earnings | | | | 1,658.85 | 74,738.34 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 93.68 | 4,239.58 |
| Medicare | 21.91 | 991.52 |
| Federal Withholding | 107.68 | 4,931.89 |
| State Tax - CA | 38.18 | 1,803.50 |
| CA SDI - CASDI | 16.62 | 752.18 |
| Employee Taxes | 278.07 | 12,718.67 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 49.68 | 2,237.67 |
| Dental | 23.05 | 991.15 |
| Medical | 121.15 | 5,209.45 |
| Vision | 3.66 | 157.38 |
| Pre Tax Deductions | 197.54 | 8,595.65 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Creditor Garnishment (2022017717 20CHLC20838) | 344.46 | 1,685.93 |
| Post Tax Deductions | 344.46 | 1,685.93 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | 49.68 | 2,237.67 |
| Basic Life - ER | 1.17 | 50.31 |
| Medical ER | 261.23 | 11,232.89 |
| Employer Paid Benefits | 312.08 | 13,520.87 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,510.99 | 68,380.36 |
| Medicare - Taxable Wages | 1,510.99 | 68,380.36 |
| Federal Withholding - Taxable Wages | 1,461.31 | 66,142.69 |

### Federal

| Marital Status | Married filing jointly (or Qualifying widow(er)) |
|---|---|
| Allowances | 0 |
| Additional Withholding | 0 |

### State

| | Married |
|---|---|
| Allowances | 0 |
| Additional Withholding | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Birthday | 0 | 0 | 8 |
| California Sick Time | 0 | 0 | 8 |
| Intermittent FMLA (Unpaid) | 0 | 0 | 0 |
| Time Off COVID-19 | 0 | 0 | 8 |
| Unpaid | 0 | 0 | 0 |
| Vacation | 0 | 0 | 96 |
| Volunteer Time Off | 0 | 0 | 8 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| CHASE | CHASE ******8711 | ******8711 | | 838.78  USD |

JB Wholesale Roofing and Building Supplies  7440 State Hwy 121 McKinney, TX 75070
Ralph Alfaro  2952 Jojoba Terrace Palmdale, CA 93550

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ralph Alfaro | JB Wholesale Roofing and Building Supplies | 701323 | 10/09/2022 | 10/15/2022 | 10/21/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 218.62 | 6.56 | 19.12 | 0.00 | 192.94 |
| YTD | 1,694.78 | 71,498.92 | 8,202.91 | 12,182.42 | 1,011.58 | 50,102.01 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bereavement | | | 0 | | 802.08 |
| California Meal Penalty | | | 0 | | 33.42 |
| Commission | 09/01/2022 - 09/30/2022 | 0 | 0 | 193.56 | 1,993.21 |
| D&I Floating Holiday | | | 0 | | 267.36 |
| Holiday Pay | | | 0 | | 1,065.52 |
| Inflation Supp Pay | | | 0 | | 200.00 |
| Overtime Pay | 08/28/2022 - 09/03/2022 | 6.438056 | 0 | -230.36 | |
| Overtime Pay | 08/28/2022 - 09/03/2022 | 6.438056 | 0 | 235.70 | |
| Overtime Pay | 09/04/2022 - 09/10/2022 | 2.032222 | 0 | -67.92 | |
| Overtime Pay | 09/04/2022 - 09/10/2022 | 2.032222 | 0 | 72.29 | |
| Details Not Displayed | | | | 15.35 | 67,137.33 |
| Earnings | | | | 218.62 | 71,498.92 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 13.55 | 4,057.07 |
| Medicare | 3.17 | 948.83 |
| Federal Withholding | 0.00 | 4,725.64 |
| State Tax - CA | 0.00 | 1,731.08 |
| CA SDI - CASDI | 2.40 | 719.80 |
| Employee Taxes | 19.12 | 12,182.42 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 6.56 | 2,140.65 |
| Dental | | 945.05 |
| Medical | | 4,967.15 |
| Vision | | 150.06 |
| Pre Tax Deductions | 6.56 | 8,202.91 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Creditor Garnishment (2022017717 20CHLC20838) | | 1,011.58 |
| Post Tax Deductions | 0.00 | 1,011.58 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | 6.56 | 2,140.65 |
| Basic Life - ER | | 47.97 |
| Medical ER | | 10,710.43 |
| Employer Paid Benefits | 6.56 | 12,899.05 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 218.62 | 65,436.66 |
| Medicare - Taxable Wages | 218.62 | 65,436.66 |
| Federal Withholding - Taxable Wages | 212.06 | 63,296.01 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Birthday | 0 | 0 | 8 |
| California Sick Time | 0 | 0 | 8 |
| Intermittent FMLA (Unpaid) | 0 | 0 | 0 |
| Time Off COVID-19 | 0 | 0 | 8 |
| Unpaid | 0 | 0 | 0 |
| Vacation | 0 | 0 | 96 |
| Volunteer Time Off | 0 | 0 | 8 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| CHASE | CHASE ******8711 | ******8711 | | 192.94 USD |

JB Wholesale Roofing and Building Supplies    7440 State Hwy 121 McKinney, TX 75070
Ralph Alfaro   2952 Jojoba Terrace Palmdale, CA 93550

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ralph Alfaro | JB Wholesale Roofing and Building Supplies | 701323 | 10/02/2022 | 10/08/2022 | 10/14/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 46.15 | 1,648.21 | 197.22 | 275.22 | 342.52 | 833.25 |
| YTD | 1,694.78 | 71,280.30 | 8,196.35 | 12,163.30 | 1,011.58 | 49,909.07 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bereavement | | | 0 | | 802.08 |
| California Meal Penalty | | | 0 | | 33.42 |
| Commission | | | 0 | | 1,799.65 |
| D&I Floating Holiday | | | 0 | | 267.36 |
| Holiday Pay | | | 0 | | 1,065.52 |
| Inflation Supp Pay | | | 0 | | 200.00 |
| Overtime Pay | 10/02/2022 - 10/08/2022 | 6.153887 | 50.13 | 308.50 | 12,107.82 |
| Paid Sick Leave | | | 0 | | 1,336.80 |
| Regular Pay | 10/02/2022 - 10/08/2022 | 40 | 33.42 | 1,336.80 | 48,550.35 |
| STD (Grossed-up Amount) | 10/02/2022 - 10/08/2022 | 0 | 0 | 2.91 | 118.74 |
| Details Not Displayed | | | | 0.00 | 4,998.56 |
| Earnings | | | | 1,648.21 | 71,280.30 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 93.02 | 4,043.52 |
| Medicare | 21.75 | 945.66 |
| Federal Withholding | 106.45 | 4,725.64 |
| State Tax - CA | 37.49 | 1,731.08 |
| CA SDI - CASDI | 16.51 | 717.40 |
| Employee Taxes | 275.22 | 12,163.30 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 49.36 | 2,134.09 |
| Dental | 23.05 | 945.05 |
| Medical | 121.15 | 4,967.15 |
| Vision | 3.66 | 150.06 |
| Pre Tax Deductions | 197.22 | 8,196.35 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Creditor Garnishment (2022017717 20CHLC20838) | 342.52 | 1,011.58 |
| Post Tax Deductions | 342.52 | 1,011.58 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | 49.36 | 2,134.09 |
| Basic Life - ER | 1.17 | 47.97 |
| Medical ER | 261.23 | 10,710.43 |
| Employer Paid Benefits | 311.76 | 12,892.49 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,500.35 | 65,218.04 |
| Medicare - Taxable Wages | 1,500.35 | 65,218.04 |
| Federal Withholding - Taxable Wages | 1,450.99 | 63,083.95 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Birthday | 0 | 0 | 8 |
| California Sick Time | 0 | 0 | 8 |
| Intermittent FMLA (Unpaid) | 0 | 0 | 0 |
| Time Off COVID-19 | 0 | 0 | 8 |
| Unpaid | 0 | 0 | 0 |
| Vacation | 0 | 0 | 96 |
| Volunteer Time Off | 0 | 0 | 8 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| CHASE | CHASE ******8711 | ******8711 | | 833.25 USD |

JB Wholesale Roofing and Building Supplies    7440 State Hwy 121 McKinney, TX 75070
Ralph Alfaro    2952 Jojoba Terrace Palmdale, CA 93550

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ralph Alfaro | JB Wholesale Roofing and Building Suppli | 701323 | 09/25/2022 | 10/01/2022 | 10/07/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 44.25 | 1,552.92 | 194.37 | 251.36 | 324.68 | 782.51 |
| YTD | 1,648.63 | 69,632.09 | 7,999.13 | 11,888.08 | 669.06 | 49,075.82 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bereavement | | | 0 | | 802.08 |
| California Meal Penalty | | | 0 | | 33.42 |
| Commission | | | 0 | | 1,799.65 |
| D&I Floating Holiday | | | 0 | | 267.36 |
| Holiday Pay | | | 0 | | 1,065.52 |
| Inflation Supp Pay | | | 0 | | 200.00 |
| Overtime Pay | 09/25/2022 - 10/01/2022 | 4.261388 | 50.13 | 213.63 | 11,799.32 |
| Paid Sick Leave | | | 0 | | 1,336.80 |
| Regular Pay | 09/25/2022 - 10/01/2022 | 39.98944 | 33.42 | 1,336.46 | 47,213.55 |
| STD (Grossed-up Amount) | 09/25/2022 - 10/01/2022 | 0 | 0 | 2.83 | 115.83 |
| Details Not Displayed | | | | 0.00 | 4,998.56 |
| Earnings | | | | 1,552.92 | 69,632.09 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 87.12 | 3,950.50 |
| Medicare | 20.38 | 923.91 |
| Federal Withholding | 95.35 | 4,619.19 |
| State Tax - CA | 33.06 | 1,693.59 |
| CA SDI - CASDI | 15.45 | 700.89 |
| Employee Taxes | 251.36 | 11,888.08 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 46.51 | 2,084.73 |
| Dental | 23.05 | 922.00 |
| Medical | 121.15 | 4,846.00 |
| Vision | 3.66 | 146.40 |
| Pre Tax Deductions | 194.37 | 7,999.13 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Creditor Garnishment (2022017717 20CHLC20838) | 324.68 | 669.06 |
| Post Tax Deductions | 324.68 | 669.06 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | 46.51 | 2,084.73 |
| Basic Life - ER | 1.17 | 46.80 |
| Medical ER | 261.23 | 10,449.20 |
| Employer Paid Benefits | 308.91 | 12,580.73 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,405.06 | 63,717.69 |
| Medicare - Taxable Wages | 1,405.06 | 63,717.69 |
| Federal Withholding - Taxable Wages | 1,358.55 | 61,632.96 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Birthday | 0 | 0 | 8 |
| California Sick Time | 8 | 0 | 8 |
| Intermittent FMLA (Unpaid) | 0 | 0 | 0 |
| Time Off COVID-19 | 0 | 0 | 8 |
| Unpaid | 0 | 0 | 0 |
| Vacation | 0 | 0 | 96 |
| Volunteer Time Off | 0 | 0 | 8 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| CHASE | CHASE ******8711 | ******8711 | | 782.51 USD |

JB Wholesale Roofing and Building Supplies    7440 State Hwy 121 McKinney, TX 75070
Ralph Alfaro    2952 Jojoba Terrace Palmdale, CA 93550

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ralph Alfaro | JB Wholesale Roofing and Building Supplies | 701323 | 09/18/2022 | 09/24/2022 | 09/30/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 46.36 | 1,658.39 | 197.53 | 277.95 | 344.38 | 838.53 |
| YTD | 1,604.37 | 68,079.17 | 7,804.76 | 11,636.72 | 344.38 | 48,293.31 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bereavement | | | 0 | | 802.08 |
| California Meal Penalty | | | 0 | | 33.42 |
| Commission | | | 0 | | 1,799.65 |
| D&I Floating Holiday | | | 0 | | 267.36 |
| Holiday Pay | | | 0 | | 1,065.52 |
| Inflation Supp Pay | | | 0 | | 200.00 |
| Overtime Pay | 09/18/2022 - 09/24/2022 | 6.356945 | 50.13 | 318.67 | 11,585.69 |
| Paid Sick Leave | | | 0 | | 1,336.80 |
| Regular Pay | 09/18/2022 - 09/24/2022 | 40 | 33.42 | 1,336.80 | 45,877.09 |
| STD (Grossed-up Amount) | 09/18/2022 - 09/24/2022 | 0 | 0 | 2.92 | 113.00 |
| Details Not Displayed | | | | 0.00 | 4,998.56 |
| Earnings | | | | 1,658.39 | 68,079.17 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 93.65 | 3,863.38 |
| Medicare | 21.90 | 903.53 |
| Federal Withholding | 107.63 | 4,523.84 |
| State Tax - CA | 38.15 | 1,660.53 |
| CA SDI - CASDI | 16.62 | 685.44 |
| Employee Taxes | 277.95 | 11,636.72 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 49.67 | 2,038.22 |
| Dental | 23.05 | 898.95 |
| Medical | 121.15 | 4,724.85 |
| Vision | 3.66 | 142.74 |
| Pre Tax Deductions | 197.53 | 7,804.76 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Creditor Garnishment (2022017717 20CHLC20838) | 344.38 | 344.38 |
| Post Tax Deductions | 344.38 | 344.38 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | 49.67 | 2,038.22 |
| Basic Life - ER | 1.17 | 45.63 |
| Medical ER | 261.23 | 10,187.97 |
| Employer Paid Benefits | 312.07 | 12,271.82 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,510.53 | 62,312.63 |
| Medicare - Taxable Wages | 1,510.53 | 62,312.63 |
| Federal Withholding - Taxable Wages | 1,460.86 | 60,274.41 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Birthday | 0 | 0 | 8 |
| California Sick Time | 0 | 0 | 0 |
| Intermittent FMLA (Unpaid) | 0 | 0 | 0 |
| Time Off COVID-19 | 0 | 0 | 8 |
| Unpaid | 0 | 0 | 0 |
| Vacation | 0 | 0 | 96 |
| Volunteer Time Off | 0 | 0 | 8 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| CHASE | CHASE ******8711 | ******8711 | | 838.53 USD |

JB Wholesale Roofing and Building Supplies    7440 State Hwy 121 McKinney, TX 75070
Ralph Alfaro    2952 Jojoba Terrace Palmdale, CA 93550

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Ralph Alfaro | JB Wholesale Roofing and Building Suppli | | 701323 | 09/11/2022 | 09/17/2022 | 09/23/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 19.11 | 1,701.09 | 198.81 | 289.38 | 0.00 | 1,212.90 |
| YTD | 1,558.02 | 66,420.78 | 7,607.23 | 11,358.77 | 0.00 | 47,454.78 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bereavement | | | 0 | | 802.08 |
| California Meal Penalty | | | 0 | | 33.42 |
| Commission | | | 0 | | 1,799.65 |
| D&I Floating Holiday | 09/11/2022 - 09/17/2022 | 8 | 33.42 | 267.36 | 267.36 |
| Holiday Pay | | | 0 | | 1,065.52 |
| Inflation Supp Pay | | | 0 | | 200.00 |
| Overtime Pay | 09/11/2022 - 09/17/2022 | 3.110278 | 55.1 | 171.38 | 11,267.02 |
| Paid Sick Leave | 09/11/2022 - 09/17/2022 | 8 | 33.42 | 267.36 | 1,336.80 |
| Regular Pay | 09/11/2022 - 09/17/2022 | 16 | 33.42 | 534.72 | 44,540.29 |
| STD (Grossed-up Amount) | 09/11/2022 - 09/17/2022 | 0 | 0 | 2.91 | 110.08 |
| Details Not Displayed | | | | 457.36 | 4,998.56 |
| Earnings | | | | 1,701.09 | 66,420.78 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 96.30 | 3,769.73 |
| Medicare | 22.52 | 881.63 |
| Federal Withholding | 112.60 | 4,416.21 |
| State Tax - CA | 40.88 | 1,622.38 |
| CA SDI - CASDI | 17.08 | 668.82 |
| Employee Taxes | 289.38 | 11,358.77 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | 50.95 | 1,988.55 |
| Dental | 23.05 | 875.90 |
| Medical | 121.15 | 4,603.70 |
| Vision | 3.66 | 139.08 |
| Pre Tax Deductions | 198.81 | 7,607.23 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | 50.95 | 1,988.55 |
| Basic Life - ER | 1.17 | 44.46 |
| Medical ER | 261.23 | 9,926.74 |
| Employer Paid Benefits | 313.35 | 11,959.75 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,553.23 | 60,802.10 |
| Medicare - Taxable Wages | 1,553.23 | 60,802.10 |
| Federal Withholding - Taxable Wages | 1,502.28 | 58,813.55 |

| Marital Status | Federal | State |
|---|---|---|
| | Married filing jointly (or Qualifying widow(er)) | Married |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Birthday | 0 | 0 | 8 |
| California Sick Time | 0 | 8 | 0 |
| Intermittent FMLA (Unpaid) | 0 | 0 | 0 |
| Time Off COVID-19 | 0 | 0 | 8 |
| Unpaid | 0 | 0 | 0 |
| Vacation | 0 | 8 | 96 |
| Volunteer Time Off | 0 | 0 | 8 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| CHASE | CHASE ******8711 | ******8711 | | 1,212.90 USD |

JB Wholesale Roofing and Building Supplies   7440 State Hwy 121 McKinney, TX 75070
Ralph Alfaro   2952 Jojoba Terrace Palmdale, CA 93550

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ralph Alfaro | JB Wholesale Roofing and Building Supplies | 701323 | 09/04/2022 | 09/10/2022 | 09/16/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 18.03 | 1,541.50 | 194.03 | 248.54 | 0.00 | 1,098.93 |
| YTD | 1,538.91 | 64,719.69 | 7,408.42 | 11,069.39 | 0.00 | 46,241.88 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bereavement | | | 0 | | 802.08 |
| California Meal Penalty | | | 0 | | 33.42 |
| Commission | | | 0 | | 1,799.65 |
| Holiday Pay | 09/04/2022 - 09/10/2022 | 8 | 33.42 | 267.36 | 1,065.52 |
| Inflation Supp Pay | 09/04/2022 - 09/10/2022 | 0 | 0 | 100.00 | 200.00 |
| Overtime Pay | 09/04/2022 - 09/10/2022 | 2.032222 | 50.13 | 101.88 | 11,095.64 |
| Paid Sick Leave | | | 0 | | 1,069.44 |
| Regular Pay | 09/04/2022 - 09/10/2022 | 16 | 33.42 | 534.72 | 44,005.57 |
| STD (Grossed-up Amount) | 09/04/2022 - 09/10/2022 | 0 | 0 | 2.82 | 107.17 |
| Vacation Pay Out | | | 0 | | 2,406.24 |
| Vacation | 09/04/2022 - 09/10/2022 | 16 | 33.42 | 534.72 | 2,134.96 |
| Earnings | | | | 1,541.50 | 64,719.69 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 86.41 | 3,673.43 |
| Medicare | 20.21 | 859.11 |
| Federal Withholding | 94.02 | 4,303.61 |
| State Tax - CA | 32.57 | 1,581.50 |
| CA SDI - CASDI | 15.33 | 651.74 |
| Employee Taxes | 248.54 | 11,069.39 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Pre-Tax | | |
| Dental | 46.17 | 1,937.60 |
| Medical | 23.05 | 852.85 |
| Vision | 121.15 | 4,482.55 |
| | 3.66 | 135.42 |
| Pre Tax Deductions | 194.03 | 7,408.42 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Employer Match | 46.17 | 1,937.60 |
| Basic Life - ER | 1.17 | 43.29 |
| Medical ER | 261.23 | 9,665.51 |
| Employer Paid Benefits | 308.57 | 11,646.40 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,393.64 | 59,248.87 |
| Medicare - Taxable Wages | 1,393.64 | 59,248.87 |
| Federal Withholding - Taxable Wages | 1,347.47 | 57,311.27 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Birthday | 0 | 0 | 8 |
| California Sick Time | 0 | 0 | 8 |
| Intermittent FMLA (Unpaid) | 0 | 0 | 0 |
| Time Off COVID-19 | 0 | 0 | 8 |
| Unpaid | 0 | 0 | 0 |
| Vacation | 0 | 16 | 104 |
| Volunteer Time Off | 0 | 0 | 8 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| CHASE | CHASE ******8711 | ******8711 | | 1,098.93 USD |