Certificate Number: 14912-CAC-DE-037109652

Bankruptcy Case Number: 22-16267



14912-CAC-DE-037109652

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 13, 2023, at 7:01 o'clock PM EST, Rafael Alfaro completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:    January 16, 2023                    By:        /s/Jai Bhatt

                                            Name:   Jai Bhatt

                                            Title:     Counselor